UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANA M. GRANDE DE CHOY, | Civil No. 09-1352 (JRT/SRN) |
| Plaintiff, | |
| v. | |
| NATIONAL ACCOUNT SERVICES, INC., | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

_____

William Michelson, **MARSO MICHELSON & HARRIGAN, PA**, 3101 Irving Avenue South, Minneapolis, MN 55408, for plaintiff.

Michael Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402**,** for defendant.

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on August 13, 2009 [Docket No. 5], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

DATED: August 14, 2009
at Minneapolis, Minnesota.

                                                                                 s/John R. Tunheim
                                                                            JOHN R. TUNHEIM
                                                                     United States District Judge